IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RUSSELL T. NEAL,
    Plaintiff,

vs.                                     Case No.: 3:05cv302/RV/EMT

OFFICER CASSIDAY, et al.,
    Defendants

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 21, 2005. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's amended complaint (Doc. 6) is dismissed for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. Plaintiff's motion for injunctive relief (Doc. 5) is **DENIED** as moot.

**DONE AND ORDERED** this 25th day of October, 2005.

                                              /s/ *Roger Vinson*
                                              **ROGER VINSON**
                                              **UNITED STATES SENIOR JUDGE**